NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1292

APPLICA CONSUMER PRODUCTS, INC.
and WATERS RESEARCH COMPANY,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

LUCKY LITTER LLC,

Intervenor,

and

OURPET'S COMPANY,

Intervenor.

- - - - - - - - - - - - - - - - - - - - - -

2009-1470, -1474

LUCKY LITTER LLC,

Appellant,

and

OURPET'S COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

APPLICA CONSUMER PRODUCTS, INC.

Intervenor,

and

WATERS RESEARCH COMPANY,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-625.

ON MOTION

ORDER

Applica Consumer Products, Inc. and Water Research Company move without opposition for a 14-day extension of time, until February 11, 2010, to file their reply briefs.

IT IS ORDERED THAT:

The motions for an extension of time are granted.

FOR THE COURT

FEB 1 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey D. Mills, Esq.
Vance L. Liebman, Esq.
Mark B. Rees, Esq.
Paul V. Storm, Esq.
Eric C. Cohen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 6 2010

JAN HORBALY
CLERK

2009-1292 et al.                    2